## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES W. FRANKLIN, PONG H. FRANKLIN § § § vs. § § UNITED STATES, STATE OF TEXAS | No.: SA:06-CV-00043-OLG |

### ORDER FOR SETTLEMENT PAPERS

On Wednesday, February 14, 2007 counsel for defendant orally advised the Court that this case settled. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby ORDERED that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday, April 20, 2007.** If the parties are unable to submit those documents by that date, Plaintiff should move for an extension of time to file the documents. Failure to so move shall result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby STAYED pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are DENIED, subject to reurging should settlement fail.

4) The Plaintiff shall serve a copy of this order on the attorney for the defendant.

5) The trial setting is cancelled.

No extensions of the above deadline shall be granted except upon a showing of good cause.

**It is so ORDERED.**

**SIGNED this 14th day of February, 2007.**

_____
**ORLANDO L GARCIA**
**UNITED STATES DISTRICT JUDGE**